| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar# 122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar# 214897 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone (916) 498-5700 |
| 5 | Attorney for Defendant |
| | BILLY JAMES HAMMETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-0011 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE** |
| v. | ) | **TIME** |
| | ) | |
| BILLY JAMES HAMMETT, PERRY | ) | |
| SYLVESTER JACKSON, and | ) | DATE: June 18, 2013 |
| ANTHONY MERRELL TYLER, | ) | TIME: 9:45 a.m. |
| | ) | JUDGE: Hon. John A. Mendez |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through R. STEVEN LAPHAM, Assistant U.S. Attorney; defendant BILLY JAMES HAMMETT by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; defendant PERRY SYLVESTER JACKSON by and through his counsel, MARK REICHEL; and defendant ANTHONY MERRELL TYLER, by and through his counsel, DAVID VASQUEZ that the status conference set for May 7, 2013 be continued to June 18, 2013 at 9:45 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 6, 2013                    Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

                                      /s/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      BILLY JAMES HAMMETT


                                      /s/ Mark Reichel
                                      MARK REICHEL
                                      Attorney for Defendant
                                      PERRY SYLVESTER JACKSON

                                      /s/ David Vasquez
                                      DAVID VASQUEZ
                                      Attorney for Defendant
                                      ANTHONY MERRELL TYLER

DATED: May 6, 2013                    BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically

finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 18, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 7, 2013 status conference shall be continued until June 18, 2013, at 9:45 a.m.

DATED:  May 6, 2013  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge